**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-548-AP

**BRUCE R. GRIFFITH,**

      Plaintiff,

v.

**JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,**

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN**

---

**1.      APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Jan A. Larsen
375 East Horsetooth Road
Fort Collins, CO  80525
(970) 223-5900
(970) 377-1957 (facsimile)

For Defendant:

Debra J. Meachum
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
(303) 454-0100
(303) 454-0404 (facsimile)

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

      **A.      Date Complaint was Filed:** March 27, 2006

      **B.      Date Complaint was Served on U.S. Attorney's Office:** April 14, 2006

      **C.      Date Answer and Administrative Record were Filed:** Answer filed June 9, 2006 and Administrative Record filed June 12, 2006.

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

None.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

None.

**7.      OTHER MATTERS**

None.

**8.      PROPOSED BRIEFING SCHEDULE**

      **A.      Plaintiff's Opening Brief Due:** August 4, 2006

      **B.      Defendant's Response Brief Due:** September 5, 2006

      **C.      Plaintiff's Reply Brief (If Any) Due:** September 20, 2006

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

      **A.      Plaintiff's Statement:** Plaintiff requests oral argument.  Oral argument is necessary to provide the court with full opportunity to know the parties' respective positions.

      **B.      Defendant's Statement:**

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

**A.** **( x )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.** **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.   OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES  MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROFF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD AND ALL PRO SE PARTIES.

## 12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause.</u>*

DATED this <u>28th</u> day of <u>June</u>, 2006.

BY THE COURT:

s/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/ Jan A. Larsen
Jan A. Larsen
Shores Office Park
375 East Horsetooth Road
Fort Collins, Colorado 80525
Telephone: (970) 223-5900
*e-mail address:* jalarsen1@qwest.net

s/ Debra J. Meachum
By:  Debra J. Meachum
Special Assistant U.S. Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
*e-mail address:* Debra.meachum@ssa.gov

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone: (303) 454-0100

Attorney for Defendant